# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 13-41793 |
|---|---|---|
| | § | |
| ROANNA MARIE BASS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/30/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/08/2014       By:  /s/ David P. Leibowitz
                                                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-41793 |
| | § | |
| ROANNA MARIE BASS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $9,863.00
*and approved disbursements of*     $1,849.91
*leaving a balance on hand of*[1]:     $8,013.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $8,013.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,555.25 | $0.00 | $1,555.25 |
| David P. Leibowitz, Trustee Expenses | $9.42 | $0.00 | $9.42 |

Total to be paid for chapter 7 administrative expenses:     $1,564.67
Remaining balance:     $6,448.42

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $6,448.42

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $6,448.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,823.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | $1,287.10 | $0.00 | $348.39 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | $2,222.59 | $0.00 | $601.61 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | $80.91 | $0.00 | $21.90 |
| 4 | Quantum3 Group LLC as agent for Comenity Bank | $146.24 | $0.00 | $39.58 |
| 5 | Capital One Bank (USA), N.A. | $1,820.58 | $0.00 | $492.79 |
| 6 | Capital One Bank (USA), N.A. | $1,441.97 | $0.00 | $390.31 |
| 7 | Capital One Bank (USA), N.A. | $3,576.21 | $0.00 | $968.00 |
| 8 | American InfoSource LP as agent for TD Bank, USA | $1,857.23 | $0.00 | $502.71 |
| 9 | Capital One, N.A. | $590.39 | $0.00 | $159.81 |
| 10 | Sallie Mae | $1,176.01 | $0.00 | $318.32 |
| 11 | Dell Financial Services, LLC | $1,271.90 | $0.00 | $344.28 |
| 12 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $1,512.72 | $0.00 | $409.46 |
| 13 | Capital Recovery V, LLC | $987.24 | $0.00 | $267.23 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 14 | Capital Recovery V, LLC | $352.32 | $0.00 | $95.37 |
| 15 | Capital Recovery V, LLC/ JCPenney | $4,441.93 | $0.00 | $1,202.34 |
| 16 | Capital Recovery V, LLC/Walmart | $1,057.79 | $0.00 | $286.32 |

Total to be paid to timely general unsecured claims: $6,448.42
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-41793-PSH
Roanna Marie Bass                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte         Page 1 of 2         Date Rcvd: Sep 09, 2014
                         Form ID: pdf006        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2014.
```
db          +Roanna Marie Bass,    6644 S Hermitage,    Chicago, IL 60636-3014
21150806    +AES/NCT,    PO Box 2461,    Harrisburg, PA 17105-2461
21150811   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998)
21150814    +CBE Group Inc,    131 Tower Park Dr,    PO Box 900,    Waterloo, IA 50704-0900
21150808    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
21427481     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
21444259     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21150809    +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
21150810    +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
21593854   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
21150813    +Dell Fin Svcs,    PO Box 81607,    Austin, TX 78708-1607
21150815    +GE/TJ Max,    PO Box 965015,    Orlando, FL 32896-5015
21150824   #+People's Gas,    130 E Randolph Dr,    Chicago, IL 60601-6207
21150821    +Room Place,    PO Box 659704,    San Antonio, TX 78265-9704
21150822    +Sears,    PO Box 183082,    Columbus, OH 43218-3082
21150823    +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
21150825    +Target,    PO Box 660170,    Dallas, TX 75266-0170
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21150807    +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2014 01:45:11      Ally,    PO Box 380901,
               Bloomington, MN 55438-0901
21428722     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2014 01:50:23
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
21626582     E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2014 01:49:30      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21150816    +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2014 01:50:14      GE/Jc Penny,    PO Box 965015,
               Orlando, FL 32896-5015
21150817    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 10 2014 01:45:24      Kohls Dept Store,
               PO Box 3115,    Milwaukee, WI 53201-3115
21150818    +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2014 01:49:25      Lens Crafters,    PO Box 965036,
               Orlando, FL 32896-5036
21150819    +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 10 2014 01:46:34      NCO Financial Sys,
               PO Box 17213,    Wilmington, DE 19850-7213
21593891    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2014 01:50:17
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21333921     E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2014 01:45:59
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21150805    +E-mail/PDF: pa_dc_claims@navient.com Sep 10 2014 01:48:38      Sallie Mae,    PO Box 9500,
               Wilkes-Barre, PA 18773-9500
21483286    +E-mail/PDF: pa_dc_claims@navient.com Sep 10 2014 01:49:28      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
21150826    +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2014 01:49:25      Walmart,    PO Box 965024,
               Orlando, FL 32896-5024
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21150812*   +AES/NCT,    PO Box 2461,    Harrisburg, PA 17105-2461
21150820*   +Sallie Mae,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: arodarte              Page 2 of 2                 Date Rcvd: Sep 09, 2014
                              Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2014                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 2
```