**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-41793 |
| | § | |
| ROANNA MARIE BASS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $350.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $6,448.42 | Claims Discharged Without Payment: | $55,609.71 |
| Total Expenses of Administration: | $1,604.11 | | |

3) Total gross receipts of $9,863.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,810.47 (see **Exhibit 2**), yielded net receipts of $8,052.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,604.11 | $1,604.11 | $1,604.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $57,049.00 | $23,823.13 | $23,823.13 | $6,448.42 |
| **Total Disbursements** | $57,049.00 | $25,427.24 | $25,427.24 | $8,052.53 |

4). This case was originally filed under chapter 7 on 10/25/2013. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2015               By:   /s/ David P. Leibowitz
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $9,863.00 |
| **TOTAL GROSS RECEIPTS** | | $9,863.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ROANNA BASS | Exemptions | 8100-002 | $1,810.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,810.47 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,555.25 | $1,555.25 | $1,555.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.42 | $9.42 | $9.42 |
| Green Bank | 2600-000 | NA | $39.44 | $39.44 | $39.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,604.11 | $1,604.11 | $1,604.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $1,071.00 | $1,287.10 | $1,287.10 | $348.39 |

|   | Creditor | Code | Claim Amount | Allowed | Allowed | Paid |
|---|---|---|---|---|---|---|
|   | Comenity Bank |   |   |   |   |   |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 7100-900 | $2,187.00 | $2,222.59 | $2,222.59 | $601.61 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 7100-900 | $207.00 | $80.91 | $80.91 | $21.90 |
| 4 | Quantum3 Group LLC as agent for Comenity Bank | 7100-900 | $0.00 | $146.24 | $146.24 | $39.58 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $1,820.00 | $1,820.58 | $1,820.58 | $492.79 |
| 6 | Capital One Bank (USA), N.A. | 7100-900 | $1,410.00 | $1,441.97 | $1,441.97 | $390.31 |
| 7 | Capital One Bank (USA), N.A. | 7100-900 | $3,064.00 | $3,576.21 | $3,576.21 | $968.00 |
| 8 | American InfoSource LP as agent for TD Bank, USA | 7100-900 | $1,857.00 | $1,857.23 | $1,857.23 | $502.71 |
| 9 | Capital One, N.A. | 7100-900 | $0.00 | $590.39 | $590.39 | $159.81 |
| 10 | Sallie Mae | 7100-000 | $1,240.00 | $1,176.01 | $1,176.01 | $318.32 |
| 11 | Dell Financial Services, LLC | 7100-900 | $1,310.00 | $1,271.90 | $1,271.90 | $344.28 |
| 12 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 7100-900 | $1,078.00 | $1,512.72 | $1,512.72 | $409.46 |
| 13 | Capital Recovery V, LLC | 7100-900 | $2,187.00 | $987.24 | $987.24 | $267.23 |
| 14 | Capital Recovery V, LLC | 7100-900 | $355.00 | $352.32 | $352.32 | $95.37 |
| 15 | Capital Recovery V, LLC/ JCPenney | 7100-900 | $0.00 | $4,441.93 | $4,441.93 | $1,202.34 |
| 16 | Capital Recovery V, LLC/Walmart | 7100-900 | $1,028.00 | $1,057.79 | $1,057.79 | $286.32 |
|   | AES/NCT | 7100-000 | $3,395.00 | $0.00 | $0.00 | $0.00 |
|   | AES/NCT | 7100-000 | $3,395.00 | $0.00 | $0.00 | $0.00 |
|   | Ally | 7100-000 | $21,000.00 | $0.00 | $0.00 | $0.00 |
|   | Bank of America | 7100-000 | $3,051.00 | $0.00 | $0.00 | $0.00 |
|   | CBE Group Inc | 7100-000 | $370.00 | $0.00 | $0.00 | $0.00 |
|   | Chase | 7100-000 | $3,010.00 | $0.00 | $0.00 | $0.00 |
|   | GE/TJ Max | 7100-000 | $673.00 | $0.00 | $0.00 | $0.00 |
|   | Kohls | 7100-000 | $590.00 | $0.00 | $0.00 | $0.00 |
|   | NCO Financial Svs | 7100-000 | $358.00 | $0.00 | $0.00 | $0.00 |
|   | Peoples Gas | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| PO Box 6282 | 7100-000 | $833.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $1,240.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $57,049.00 | $23,823.13 | $23,823.13 | $6,448.42 |

Case 13-41793    Doc 29    Filed 02/03/15    Entered 02/03/15 11:23:50    Desc Main
Document    Page 5 of 9

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-41793-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BASS, ROANNA MARIE | Date Filed (f) or Converted (c): | 10/25/2013 (f) |
| For the Period Ending: | 1/8/2015 | §341(a) Meeting Date: | 12/06/2013 |
| | | Claims Bar Date: | 03/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | $100 Savings Acct | $100.00 | $100.00 | | $0.00 | FA |
| 2 | Couch, Sofa and Clothes | $250.00 | $250.00 | | $0.00 | FA |
| 3 | Tax Refund (u) | $0.00 | $9,863.00 | | $9,863.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

           $350.00       $10,213.00       $9,863.00       $0.00

**Major Activities affecting case closing:**

| 08/19/2014 | TFR Submitted for review and approval. |
|---|---|
| 07/24/2014 | TFR Completed for Trustee's review. |
| 04/09/2014 | 6644 S. Hermitage |
| | Chicago, IL 60636 |
| 12/18/2013 | Tax Intercept Completed |

**Initial Projected Date Of Final Report (TFR):**    12/31/2014            /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                                     DAVID LEIBOWITZ

FORM 2
Page No: 1
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Case 13-41793   Doc 29   Filed 02/03/15   Entered 02/03/15 11:23:50   Desc Main
Document      Page 7 of 9

| Case No. | 13-41793-PSH | | | Trustee Name: | | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | BASS, ROANNA MARIE | | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | **-***6730 | | | Checking Acct #: | | ******9301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/25/2013 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 1/8/2015 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2014 | (3) | United States Treasury | Tax Refund. | 1224-000 | $9,863.00 | | $9,863.00 |
| 04/10/2014 | 3001 | ROANNA BASS | Entitled portion of tax refund. | 8100-002 | | $1,810.47 | $8,052.53 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $8,038.59 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.39 | $8,025.20 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.11 | $8,013.09 |
| 10/02/2014 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,555.25 | $6,457.84 |
| 10/02/2014 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.42 | $6,448.42 |
| 10/02/2014 | 3004 | Sallie Mae | Claim #: 10; Amount Claimed: 1,176.01; Amount Allowed: 1,176.01; Distribution Dividend: 27.07; | 7100-000 | | $318.32 | $6,130.10 |
| 10/02/2014 | 3005 | Dell Financial Services, LLC | Claim #: 11; Amount Claimed: 1,271.90; Amount Allowed: 1,271.90; Distribution Dividend: 27.07; | 7100-900 | | $344.28 | $5,785.82 |
| 10/02/2014 | 3006 | PYOD, LLC its successors and assigns as assignee of | Claim #: 12; Amount Claimed: 1,512.72; Amount Allowed: 1,512.72; Distribution Dividend: 27.07; | 7100-900 | | $409.46 | $5,376.36 |
| 10/02/2014 | 3007 | Capital Recovery V, LLC | Claim #: 13; Amount Claimed: 987.24; Amount Allowed: 987.24; Distribution Dividend: 27.07; | 7100-900 | | $267.23 | $5,109.13 |
| 10/02/2014 | 3008 | Capital Recovery V, LLC | Claim #: 14; Amount Claimed: 352.32; Amount Allowed: 352.32; Distribution Dividend: 27.07; | 7100-900 | | $95.37 | $5,013.76 |
| 10/02/2014 | 3009 | Capital Recovery V, LLC/ JCPenney | Claim #: 15; Amount Claimed: 4,441.93; Amount Allowed: 4,441.93; Distribution Dividend: 27.07; | 7100-900 | | $1,202.34 | $3,811.42 |
| 10/02/2014 | 3010 | Capital Recovery V, LLC/Walmart | Claim #: 16; Amount Claimed: 1,057.79; Amount Allowed: 1,057.79; Distribution Dividend: 27.07; | 7100-900 | | $286.32 | $3,525.10 |
| 10/02/2014 | 3011 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 1; Amount Claimed: 1,287.10; Amount Allowed: 1,287.10; Distribution Dividend: 27.07; | 7100-900 | | $348.39 | $3,176.71 |
| 10/02/2014 | 3012 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 2; Amount Claimed: 2,222.59; Amount Allowed: 2,222.59; Distribution Dividend: 27.07; | 7100-900 | | $601.61 | $2,575.10 |
| 10/02/2014 | 3013 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 3; Amount Claimed: 80.91; Amount Allowed: 80.91; Distribution Dividend: 27.07; | 7100-900 | | $21.90 | $2,553.20 |
| 10/02/2014 | 3014 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 4; Amount Claimed: 146.24; Amount Allowed: 146.24; Distribution Dividend: 27.07; | 7100-900 | | $39.58 | $2,513.62 |
| 10/02/2014 | 3015 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 1,820.58; Amount Allowed: 1,820.58; Distribution Dividend: 27.07; | 7100-900 | | $492.79 | $2,020.83 |

**SUBTOTALS**  $9,863.00  $7,842.17

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-41793-PSH | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | BASS, ROANNA MARIE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6730 | | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/25/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2014 | 3016 | Capital One Bank (USA), N.A. | Claim #: 6; Amount Claimed: 1,441.97; Amount Allowed: 1,441.97; Distribution Dividend: 27.07; | 7100-900 | | $390.31 | $1,630.52 |
| 10/02/2014 | 3017 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 3,576.21; Amount Allowed: 3,576.21; Distribution Dividend: 27.07; | 7100-900 | | $968.00 | $662.52 |
| 10/02/2014 | 3018 | American InfoSource LP as agent for TD Bank, USA | Claim #: 8; Amount Claimed: 1,857.23; Amount Allowed: 1,857.23; Distribution Dividend: 27.07; | 7100-900 | | $502.71 | $159.81 |
| 10/02/2014 | 3019 | Capital One, N.A. | Claim #: 9; Amount Claimed: 590.39; Amount Allowed: 590.39; Distribution Dividend: 27.07; | 7100-900 | | $159.81 | $0.00 |
| | | | **TOTALS:** | | $9,863.00 | $9,863.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,863.00 | $9,863.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,810.47 | |
| | | | **Net** | | $9,863.00 | $8,052.53 | |

| For the period of 10/25/2013 to 1/8/2015 | | For the entire history of the account between 04/01/2014 to 1/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,863.00 | Total Compensable Receipts: | $9,863.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,863.00 | Total Comp/Non Comp Receipts: | $9,863.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,052.53 | Total Compensable Disbursements: | $8,052.53 |
| Total Non-Compensable Disbursements: | $1,810.47 | Total Non-Compensable Disbursements: | $1,810.47 |
| Total Comp/Non Comp Disbursements: | $9,863.00 | Total Comp/Non Comp Disbursements: | $9,863.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 13-41793-PSH | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | BASS, ROANNA MARIE | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6730 | | **Checking Acct #:** | ******9301 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/25/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/8/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,863.00 | $9,863.00 | $0.00 |

| **For the period of 10/25/2013 to 1/8/2015** | | **For the entire history of the case between 10/25/2013 to 1/8/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $9,863.00 | Total Compensable Receipts: | $9,863.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,863.00 | Total Comp/Non Comp Receipts: | $9,863.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,052.53 | Total Compensable Disbursements: | $8,052.53 |
| Total Non-Compensable Disbursements: | $1,810.47 | Total Non-Compensable Disbursements: | $1,810.47 |
| Total Comp/Non Comp Disbursements: | $9,863.00 | Total Comp/Non Comp Disbursements: | $9,863.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |